## 1

Joe JAMES v. STATE. (No. 10665.) (Court of Criminal Appeals of Texas. Dec. 8, 1926.) Appeal from District Court, Cass County; Hugh Carney, Judge. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is the possession of equipment for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No fundamental error has been discovered or pointed out. The judgment is affirmed.

## 2

F. G. JONES v. STATE. (No. 10522.) (Court of Criminal Appeals of Texas. Dec. 8, 1926.) Appeal from District Court, Eastland County; Elzo Been, Judge. Eidson & Nabors, of Hamilton, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is forgery; punishment fixed at confinement in the penitentiary for a period of two years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## 3

Felix LATSON v. STATE. (No. 8310.) (Court of Criminal Appeals of Texas. Oct. 7, 1925. Appeal Dismissed Dec. 8, 1926.) Appeal from District Court, Bexar County; W. S. Anderson, Judge. James R. Dougherty, of Beeville, N. M. Crain and R. J. Waldeck, both of Cuero, and Mauermann & Hair and Chambers, Watson & Johnson, all of San Antonio, for appellant. Tom Garrard, State's Atty., of Lubbock, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

HAWKINS, J. Appeal is from a conviction for manslaughter, in which punishment was assessed at confinement in the penitentiary for a term of five years. On October 7, 1925, an opinion was delivered affirming the judgment of conviction. Thereafter motion for rehearing was filed, the effect of which was to suspend execution of the judgment until the motion could be determined. Pending the motion, appellant has filed his personal affidavit, advising this court that he desires to prosecute his appeal no longer, and requesting the dismissal of the same. In compliance with that request, the appeal is ordered dismissed.

## 4

Harry LAWRENCE v. STATE. (No. 9971.) (Court of Criminal Appeals of Texas. Dec. 8, 1926.) Commissioner's Decision. Appeal from Criminal District Court No. 2, Dallas County; Chas. A Pippen, Judge. M. S. Church, W. F. Bane, and W. L. Crawford, all of Dallas, for appellant. Jed C. Adams and Shelby S. Cox, Cr. Dist. Atty., both of Dallas, Sam D. Stinson, State's Atty., of Austin and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BAKER, J. Conviction was for manslaughter, with the punishment assessed at five years in the penitentiary. The appellant files his personal affidavit, advising the court that he does not desire to prosecute his appeal further, and requesting the court to dismiss the same, and in compliance therewith the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## 5

Hubert LOVE v. STATE. (No. 10648.) (Court of Criminal Appeals of Texas. Dec. 8, 1926.) Appeal from District Court, San Augustine County; V. H. Stark, Judge. See, also, 100 Tex. Cr. R. 211, 272 S. W. 778. W. T. Davis, of San Augustine, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appeal is from a conviction for assault with intent to murder; punishment being assessed at five years in the penitentiary. The record is before us without statement of the facts proven upon the trial, and no bills of exception complaining of any procedure. In this condition, nothing is presented to this court for review, and the judgment is affirmed.

## 6

L. P. PERKINS v. STATE. (No. 10643.) (Court of Criminal Appeals of Texas. Nov. 24, 1926.) Appeal from District Court, Potter County; Henry S. Bishop, Judge. Culwell & Culwell, of Amarillo, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of four years. The indictment appears regular. The record is without statement of facts or bills of exceptions. No fundamental error having been discovered or pointed out, the judgment is affirmed.